906 A.2d 439

IN THE MATTER OF WILLIAM T. YADLON.

September 20, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–074, concluding that **WILLIAM T. YADLON** of **EAST BRUNSWICK**, who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.15(a)(failure to safeguard client funds), *RPC* 1.15(d)(failure to comply with the provisions of *Rule* 1:21–6) (recordkeeping) and *Rule* 1:21–6(c)(1)(H)(failure to reconcile trust accounts on a monthly basis);

And the Disciplinary Review Board having further concluded that respondent should be required to submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts for a period of one year, and thereafter be required to submit quarterly reconciliations of his attorney accounts for an additional period of one year;

And the Court having determined from its review of the record that an admonition is the appropriate discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **WILLIAM T. YADLON** is hereby admonished; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts for a period of one year and thereafter shall submit quarterly reconciliations of his attorney accounts for an additional period of one year and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.